IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Companion Life Insurance Company, | ) | C/A No.: 3:10-1586-JFA |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| Maria C. Haislett, Stephanie L. Munoz, Natalie L. Haislett, and J.L.H., a minor, | ) ) ) | ORDER |
| Defendants. | ) ) | |

According to the complaint, this case concerns the disbursement of proceeds from a group life insurance policy issued by the plaintiff as part of an employee welfare benefit plan governed by ERISA (29 U.S.C. § 1001 *et seq.*). Because this matter involves ERISA, the plan participant must pursue and exhaust plan remedies prior to gaining access to the federal courts. *Gayle v. United Parcel Serv., Inc.*, 401 F.3d 222, 226 (4th Cir. 2005). Here, the court is unable to discern from the pleadings filed thus far whether the plan remedies have been pursued and exhausted. The court therefore orders counsel for the plaintiff to advise the court within 10 days of the date of this order whether the administrative remedies have been exhausted and whether this matter is ripe for judicial review.

IT IS SO ORDERED.

July 19, 2010
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge