IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| Companion Life Insurance Company, | ) | C/A No.: 3:10-1586-JFA |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | |
| Maria C. Haislett, Stephanie L. Munoz, Natalie L. Haislett, and J.L.H., a minor, | ) | ORDER |
| Defendants. | ) | |

The plaintiff has filed a motion for leave to deposit the funds that are the subject of this interpleader action with the court's Registry and be dismissed from this case. Some of the defendants have opposed the proposed interpleader.

The court will conduct a hearing on the motion at 2:30 p.m. on Monday, September 13, 2010, in Courtroom No. IV of the Matthew J. Perry, Jr. United States Courthouse, 901 Richland Street, Columbia, South Carolina. At that time, the court will hear from the plaintiff as to why the interpleader should be granted and will hear from any defendant who opposes the interpleader.

An official notice of the hearing is attached to this order.

IT IS SO ORDERED.

August 16, 2010
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge