IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Companion Life Insurance Company, | ) | C/A No.: 3:10-1586-JFA |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER APPOINTING |
| | ) | GUARDIAN AD LITEM |
| Maria C. Haislett, Stephanie L. Munoz, | ) | |
| Natalie L. Haislett and J. L. H., a minor, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

This is an interpleader action initiated by the plaintiff, Companion Life Insurance Company, against four potential claimants to a $15,000 life insurance policy. Pursuant to an order of this court, the parties conducted mediation before United States Magistrate Judge James K. Bredar in the District of Maryland. As a result of that mediation, the parties reached an amicable settlement whereby the money being held in this Court's Registry would be divided into three equal shares between the natural children of the insured. One of these natural children, J.L.H. is a minor.

Rule 17(c)(2) of the Federal Rules of Civil Procedure requires that this court must appoint a Guardian ad Litem to represent minors who are defendants in civil litigation. Pursuant to this Rule, the court hereby appoints Columbia attorney Edward Nicholson to represent J.L.H. The Clerk is requested to forward a copy of this order to Mr. Nicholson, along with a letter from Judge Bredar explaining the settlement that has tentatively been

1

reached (which contains contact information regarding the parties), this court's order for mediation and the cover letter that accompanied that order, and a proposed order authorizing distribution of the funds in the manner described above. Mr. Nicholson is requested to review the proposed settlement and confer with Stephanie Munoz, who has been appointed by the Probate Courts in Maryland to be Trustee for the minor J.L.H. to determine if the proposed settlement is fair to the minor defendant. Mr. Nicholson's involvement shall be limited to reviewing the documents described herein, conferring with Stephanie Munoz, and then issuing a recommendation to this court (which may be in the form of a letter to the court) as to whether the settlement should approved or disapproved.

    IT IS SO ORDERED.

November 18, 2010
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge