IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Companion Life Insurance Company, | ) | C/A No.: 3:10-cv-1586-JFA |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER AUTHORIZING** |
| vs. | ) | **DISTRIBUTION OF FUNDS** |
| | ) | **AND DISMISSING ACTION** |
| Maria C. Haislett, Stephanie L. Munoz, | ) | |
| Natalie L. Haislett and J. L. H., a minor, | ) | |
| | ) | |
| Defendants. | ) | |
| _____) | | |

This matter comes before the Court pursuant to an interpleader action brought by Plaintiff Companion Life Insurance Company. Pursuant to the Court's order dated September 28, 2010, Plaintiff deposited the funds at issue in this action with the Clerk of Court. Thereafter, on November 1, 2010, the remaining parties attended a settlement conference before the Honorable James K. Bredar, in which they reached an agreement on the distribution of the funds. Based on a report received by the Court from Judge Bredar and correspondence from the parties outlining the agreement reached, this Court finds that said agreement was freely and voluntarily entered. In addition, the proposed agreement has been reviewed and approved by Ned Nicholson, Esquire, in his capacity as guardian *ad litem* for the minor Defendant J.L.H. Mr. Nicholson handled the case on a pro bono basis and the Court expresses its appreciation to Mr. Nicholson for his diligent work on this case.

NOW THEREFORE, it is ORDERED, ADJUDGED & DECREED that:

1.      The Clerk of Court shall distribute the funds being held in this matter, plus interest, minus administrative fees to Defendants Stephanie Munoz, Natalie Haislett and J.L.H. in equal shares.

2.      The funds distributed to Defendant J.L.H. shall be distributed to Defendant Stephanie Munoz as trustee for Defendant J.L.H., to be held in trust by her for the benefit of J.L.H.  Defendant Munoz shall be held to the standard of a fiduciary and may only expend the funds distributed to her to be held in trust for Defendant J.L.H. for the day-to-day health and welfare expenses of J.L.H.  On Defendant J.L.H.'s eighteenth birthday, Defendant Stephanie Munoz shall pay the remaining balance of the funds directly to Defendant J.L.H.

3.      Upon distribution of the funds by the Clerk of Court as described above, this matter will be dismissed with prejudice as to all parties.

IT IS SO ORDERED.

January 7, 2011                                         Joseph F. Anderson, Jr.
Columbia, South Carolina                    United States District Judge